Martin I. Johnson, Respondent, v. Joseph Simmons and Others, Appellants.— Motion denied and temporary stay vacated. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Sarah M. Van Sise, Appellant, v. C. Franklyn Van Sise, Individually and as Executor, etc., of Charles A. Van Sise, Deceased, Respondent.— Motion granted. Present— Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Josiah J. White, Plaintiff, v. William B. Davenport and Others, Defendants.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Richard F. Abbe, Appellant, v. Charles H. Corbett, Jr., and Another, Respondents.— The undisputed evidence established a surrender of the lease. Summary proceedings, therefore, lay, and it was error to dismiss. The final order of the Municipal Court dismissing the proceeding is, therefore, reversed and a new trial ordered, costs to abide the event. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Seward Baker, as Trustee under the Last Will and Testament of James Ferris, Deceased, Respondent, v. Alexander J. F. Hamilton and Others, Defendants, Impleaded with Minnie E. Gomez, Appellant.— We think the appellant is enti-tled to the fund in controversy, the distribution being among the persons who answer to the legal definition of next of.kin at the time of the death of the testa tor and not at the time of the death of his daughter. (See *Clark* v. *Cammann*, 160 N. Y. 315, 329; *Doane* v. *Mercantile Trust Co.*, Id. 494, 499.) The first report of the referee should be confirmed and the judgment modified by providing that the fund in controversy, namely, an undivided one-forty-second part of the entire fund, be paid to the appellant instead of to the respondent, Maude Beekman, and as modified affirmed, with costs to the appellant against the said respondent. Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ., concurred.

Carrie N. Spaulding, Respondent, v. Harry Wolfe, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with costs, on the authority of *Fechter* v. *Postel* (114 App. Div. 776), decided by this court July 24, 1906. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

William S. Van Clief, Respondent, v. Herman A. Metz, as Comptroller of the City of New York, and Robert W. Hebberd, as Commissioner of Public Chari-ties of the City of New York, Appellants.— Order reversed and motion denied, without costs, the ordinances complained of having since been validated by chapter 636 of the Laws of 1906.* Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Philip C. Wohlfarth, Respondent, v. George Hilliard, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Gaynor and Rich, JJ., concurred; Hooker and Miller, JJ., dissented.

Edward A. Farrell, Appellant, v. Robert Baker, Respondent. Edward A. Farrell, Appellant, v. Charles A. Hackett, Respondent.— The determination of these appeals must abide the event of the appeal being heard to-day by the Court of Appeals. If the decision in the first department is affirmed these orders must be reversed. If that decision is reversed these orders must be affirmed. If the Court of Appeals declines to determine the controversy on the merits, leaving the decision in the first department undisturbed, this court will as matter of uniformity follow the decision of this court in its first department. No costs. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred. Settle order before the presiding justice.

In the Matter of John Bohmbach.— Order affirmed, without costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

In the Matter of John J. Fitzgerald.— Order affirmed, without costs, in so far as the controversy cannot be affected by the decision which may be made in the appeal pending in the Court of Appeals to-day. In other respects the decision must abide the determination of that appeal. See *Farrell* v. *Baker* and *Farrell* v. *Hackett* (*ante*, p. 890), decided herewith. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred. Settle order before the presiding justice.

In the Matter of Frank L. Frugone.— Order affirmed, without costs. No opin-ion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

In the Matter of Daniel J. Riordan.— Order affirmed, without costs. No

---

*Amdg. Greater N. Y. Charter (Laws of 1901, chap. 466), § 48.— REP.